IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LESLIE O. BLACKBURN                                                                                   PLAINTIFF

v.                                              Case No. 5:15-CV-05049

NURSE RHONDA BRADLEY; NURSE LEE ANN;
OFFICER PRESTON BAKER; and NURSE KRISTEN JONES               DEFENDANTS

**O R D E R**

Currently before the Court are the findings and recommendations (Doc. 55) of the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. Also before the Court are Plaintiff's objections (Doc. 56). Upon due consideration, the Court finds that Plaintiff's objections offer neither law nor fact requiring departure from the Magistrate's findings and recommendations and that the Magistrate's report does not otherwise contain any clear error.

The Magistrate's report (Doc. 55) is therefore ADOPTED IN ITS ENTIRETY. Accordingly, for the reasons set forth in the report, IT IS ORDERED that Defendants' motions for summary judgment (Docs. 45 and 48) are GRANTED, and Plaintiff's claims are DISMISSED WITH PREJUDICE.

Judgment will be entered accordingly.

IT IS SO ORDERED this 4th day of April, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE